No. 82–647. KIRKPATRICK *v.* CHRISTIAN HOMES OF ABILENE, INC., ET AL. Ct. App. Tex., 11th Sup. Jud. Dist. [Certiorari granted, 459 U. S. 1145.] Motion of Texas for divided argument denied.

No. 82–1066. UNITED STATES *v.* PTASYNSKI ET AL. D. C. Wyo. [Probable jurisdiction noted, 459 U. S. 1199.] Motion of Texas for divided argument and for additional time for oral argument denied.

No. 82–1325. I.A.M. NATIONAL PENSION FUND *v.* ELSER ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–6080 (A–773). BAREFOOT *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of petitioner for divided argument to permit NAACP Legal Defense & Educational Fund, Inc., to present oral argument as *amicus curiae* granted. Application of counsel for petitioner to stay further proceedings in the United States Court of Appeals for the Fifth Circuit, case No. 82–1680, pending the sending down of the judgment of this Court, presented to JUSTICE WHITE, and by him referred to the Court, granted. Request for stay of further proceedings in the United States District Court for the Western District of Texas denied.

No. 82–6208. GREEN *v.* WHITE, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 25, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 82–6342. IN RE MAXWELL; and
No. 82–6353. IN RE GRAY. Petitions for writs of habeas corpus denied.